FILED
CLERK, U.S. DISTRICT COURT
MAY 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

2:10-MJ-1139

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | ORDER OF DETENTION AFTER |
| ) | HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. ) | Allegations of Violations of Probation |
| ) | Supervised Release) |
| Edward Reddic, ) | Conditions of Release) |
| Defendant. ) | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ( ) the appearance of defendant as required; and/or
(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will obey conditions of his release. Defendant's criminal history + history of substance abuse also poses a risk to the safety of others.

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will not flee; Defendant has no bail resources or sureties + allegedly has violated conditions of release.

IT IS ORDERED that defendant be detained.

DATED: 5/17/10

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2